**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SETH SARTY (1) and<br>CEPANE JO SARTY (2),<br><br>    Defendants. | Criminal Action No. 24-130 (CKK) |

**PRETRIAL SCHEDULING ORDER**
(November 19, 2024)

Upon consideration of the parties' pretrial scheduling proposal, which the parties provided to the Court by email to Chambers, the Court **ORDERS** that the parties shall complete pretrial disclosures and filings on or before the following dates:

|  | *Deadline* |
|---|---|
| Discovery & Associated Deadlines | |
| Government to complete any final discovery | December 6, 2024 |
| Discovery motions (Fed. R. Crim. P. 16) | December 20, 2024 |
| | |
| Expert Notices & Other Crimes Evidence | |
| Government's expert notice (FRE 701 & 702) | January 10, 2025 |
| Defendant's expert notice (FRE 701 & 702) | January 10, 2025 |
| Rebuttal expert notices | January 31, 2025 |
| Government's FRE 404(b) notice | January 10, 2025 |
| Defendant's response to FRE 404(b) notice | January 31, 2025 |
| *Brady* notice | January 10, 2025 |
| | |
| Experts | |
| Expert reports (FRE 702) | January 24, 2025 |
| Lay witness identification and subject matter (FRE 701) | January 24, 2025 |
| | |
| Non-Evidentiary Pretrial Motions | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | January 31, 2025 |
|     Government's response to Defendant's non-evidentiary motions | February 14, 2025 |
|     Defendant's reply as to non-evidentiary motions | February 28, 2025 |
| Government's non-evidentiary pretrial motions | January 31, 2025 |
|     Defendant's response to Government's non-evidentiary motions | February 14, 2025 |
|     Government's reply as to non-evidentiary motions | February 28, 2025 |

<u>Evidentiary Pretrial Motions</u>

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | February 21, 2025 |
|     Government's response to Defendant's evidentiary motions | March 7, 2025 |
|     Defendant's reply as to evidentiary motions | March 21, 2025 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | February 21, 2025 |
|     Defendant's response to Government's evidentiary motions | March 7, 2025 |
|     Government's reply as to evidentiary motions | March 21, 2025 |

<u>Motions in Limine</u>

| | |
|---|---|
| Motions *in limine* by both sides | February 28, 2025 |
| Responses to motions *in limine* | March 14, 2025 |
| Replies as to motions *in limine* | March 28, 2025 |
| Joint notice of stipulations | April 18, 2025 |
| *Giglio*, *Jencks*, and Rule 26.2 material | April 18, 2025 |
| *Voir Dire* and Jury Instructions | April 25, 2025 |

<u>Witness and Exhibit Lists</u>

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | April 18, 2025 |
| Defendant's witness list, exhibit list and exhibits | April 25, 2025 |

    Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

    **Trial shall begin on June 2, 2025.** The parties have proposed a trial date of May 12, 2025, but the Court currently has a trial in another matter that is set for that date. The Court expects to have more information before the end of the calendar year about whether that other matter may be rescheduled or resolve without a trial; if so, the trial in this case may be rescheduled to begin on May 12, 2025, or another earlier date.

    **SO ORDERED.**

**Dated:** November 19, 2024                    /s/
                                                            **COLLEEN KOLLAR-KOTELLY**
                                                            United States District Court